Gordon Lewis, Bar #015162
Ian C. Beck, Bar #035599
JONES, SKELTON & HOCHULI P.L.C.
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7341
Fax: (602) 200-7897
glewis@jshfirm.com
ibeck@jshfirm.com

Attorneys for Defendants City of Flagstaff,
Richard Tadder and Amanda Tadder

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sandra (Corder) Matlock,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>City of Flagstaff, a municipal corporation, Richard Tadder and Amanda Tadder, wife and husband,<br><br>　　　　　　Defendants. | No. CaseNumber<br><br>**NOTICE OF REMOVAL** |

Defendants City of Flagstaff, Richard Tadder and Amanda Tadder, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1441(a), hereby give notice of the removal of the above-captioned case, Coconino County Superior Court Case No. CV202000504 from the Superior Court of the State of Arizona, County of Coconino, to this Court and in support thereof asserts:

1. On or about April 30, 2021, Plaintiff filed her First Amended Complaint against the Defendants in the Superior Court of Arizona in and for the County of Coconino, under the caption *Sandra (Corder) Matlock v. City of Flagstaff; Richard and Amanda Tadder*, CV202000504. A copy of that First Amended Complaint is attached hereto as Exhibit "A." Defendants received formal notice

9364916.1

of this pleading on May 10, 2021, when it waived service of process of the Complaint.

2. Plaintiff's First Amended Complaint asserted claims of violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000(e) *et seq*. and the Age Discrimination in Employment Act, 29 U.S.C. § 623 for the first time in the lawsuit.

3. This Notice of Removal is being filed within thirty (30) days of waiver of service of process, and is therefore timely tiled under 28 U.S.C. § 1446(b).

4. Copies of all remaining pleadings currently on file with Coconino County Superior Court are attached as Exhibit "B."

5. A Notice of Filing Notice of Removal, a true and correct copy of which is attached as Exhibit "C" (without exhibits attached) has been filed in the Arizona Superior Court, County of Coconino, on behalf of the Defendants.

Based on the foregoing, Defendants respectfully requests that the above action now pending in Arizona Superior Court, Coconino County, be removed to this Court.

DATED this 20th day of May, 2021.

JONES, SKELTON & HOCHULI, P.L.C.

By/s/ Gordon Lewis
Gordon Lewis
Ian C. Beck
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Flagstaff, Richard Tadder and Amanda Tadder

2

9364916.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Cheri L. McCracken
Cheri L. McCraken Attorney at Law
2402 North 24th Street
Phoenix, Arizona 85008-1804
cherimccracken@gmail.com

Christopher R. Houk
HOUK LAW FIRM, PLLC
1050 East Southern Avenue, Suite A-3
Tempe, AZ 85282
chouk@houklawfirm.com
jmontanez@houklawfirm.com

Attorneys for Plaintiff

/s/ Jennifer Bernardo

9364916.1