**EXHIBIT C**

Gordon Lewis, Bar #015162
Ian C. Beck, Bar #035599
JONES, SKELTON & HOCHULI P.L.C.
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7341
Fax: (602) 200-7897
glewis@jshfirm.com
ibeck@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants City of Flagstaff,
Richard Tadder and Amanda Tadder

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF COCONINO**

| | |
|---|---|
| Sandra (Corder) Matlock,<br><br>Plaintiff,<br><br>v.<br><br>City of Flagstaff, a municipal corporation, Richard Tadder and Amanda Tadder, wife and husband,<br><br>Defendants. | NO. CV202000504<br><br>**NOTICE OF FILING NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**<br><br>(Assigned to the Honorable Catherine Brown Nicols) |

TO: CLERK OF THE COURT
COCONINO COUNTY SUPERIOR COURT

Please take notice that Defendants City of Flagstaff and Richard and Amanda Tadder, have on this date filed a Notice of Removal to United States District Court, for the District of Arizona. A copy of said Notice is attached hereto as **Exhibit A** (without the exhibits).

9364673.1

DATED this 20th day of May, 2021.

JONES, SKELTON & HOCHULI P.L.C.

By /s/ Gordon Lewis
Gordon Lewis
Ian C. Beck
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Flagstaff, Richard Tadder and Amanda Tadder

ORIGINAL of the foregoing electronically filed this 20th day of May, 2021.

COPY of the foregoing mailed/e-mailed this 20th day of May, 2021, to:

Cheri L. McCracken
Cheri L. McCraken Attorney at Law
2402 North 24th Street
Phoenix, Arizona 85008-1804
cherimccracken@gmail.com

Christopher R. Houk
HOUK LAW FIRM, PLLC
1050 East Southern Avenue, Suite A-3
Tempe, AZ 85282
chouk@houklawfirm.com
jmontanez@houklawfirm.com

Attorneys for Plaintiff

/s/ Jennifer Bernardo

2

9364673.1

| | |
|---|---|
| **From:** | GORDON LEWIS |
| **To:** | Jennifer Bernardo |
| **Subject:** | FW: E-Filing Status: Form Set # 5729346 Delivered |
| **Date:** | Thursday, May 20, 2021 4:01:45 PM |

**From:** TurboCourt Customer Service
**Sent:** Thursday, May 20, 2021 4:01:40 PM (UTC-07:00) Arizona
**To:** GORDON LEWIS
**Subject:** E-Filing Status: Form Set # 5729346 Delivered

PLEASE DO NOT REPLY TO THIS EMAIL.

AZTurboCourt Form Set # 5729346 has been DELIVERED to Coconino County - Superior Court.

You will be notified when your documents have been processed by the court.

You MUST log in and check your filing status online at http://turbocourt.com/.

Here are your filing details:
Case Number: S0300CV202000504 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)

Case Title: SANDRA MATLOCK PLAINTIFF vs CITY OF FLAGSTAFF, A MUNICIPAL CORPORATION et al. DEFENDANT

Filed By: Gordon Lewis

AZTurboCourt Form Set: #5729346
AOC Submission ID #1543230

Keyword/Matter #: 16799-00044
Delivery Date and Time: May 20, 2021 4:01 PM MST

Forms:


Attached Documents:
Notice: Notice: Notice of Filing Notice of Removal
Exhibit/Attachment (Supporting): Ex A

Fees Paid:

Total Filing Fees: $0.00
Provider Fee: $6.50
E-Payment Fee: $0.20
Total Amount Paid: $6.70

You MUST log in and check your filing status and the e-service status of this form set online at http://turbocourt.com/.

If you have questions about your filing, please contact AOC Support Services, phone number 602-452-3519 or 1-800-720-7743, or e-mail pasupport@courts.az.gov.

Please have your AZTurboCourt Form Set # and AOC Submission ID available.